RECEIVED
IN LAKE CHARLES, LA.

MAR 26 2015

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHNNIE PAUL HARDMAN, | * | CIVIL ACTION NO. 2:12-cv-2961 |
| Plaintiff, | * | |
| v. | * | JUDGE PATRICIA MINALDI |
| U.S. COMMISSIONER OF SOCIAL SECURITY | * | |
| | * | MAGISTRATE JUDGE KAY |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 23] of the Magistrate Judge previously filed herein, after an independent review of the record, a de novo determination of the issues, and consideration of the objections filed herein [Doc. 24], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Administrative Law Judge's decision be and hereby is **AFFIRMED**, and this matter be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 21 day of March, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE